# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                           **Case No. 14-CR-29**

**RAYMOND SCOTT**
    **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion (R. 51) is **GRANTED**, and the **SENTENCING** set for March 13, 2015, is adjourned to **Thursday, May 7, 2015, at 10:30 a.m.** Objections to the PSR shall be filed by **April 10, 2015**, and any sentencing motions or memoranda shall be filed by **April 30, 2015**.

Dated at Milwaukee, Wisconsin, this 24th day of February, 2015.

                                        /s Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge